**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON CORNELIUS ZIMMERMAN,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:06-cv-685-Orl-22KRS**

**MELISSA NADINE PRICE, MARTEZ,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Application to Proceed *In Forma Pauperis* (Affidavit of Indigency) (Doc. No. 2) filed on May 18, 2006.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice, and that the application to proceed *in forma pauperis* be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed May 22, 2006 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Complaint is hereby **DISMISSED without prejudice**.

3.	The Application to Proceed *In Forma Pauperis* (Affidavit of Indigency) (Doc. No. 2) is **DENIED without prejudice**.

4.	Plaintiff is given leave to file an Amended Complaint which alleges a basis for this court to exercise jurisdiction and renewed motion to proceed without prepayment of fees no later than July 12, 2006. Failure to file the documents as directed shall result in this action being dismissed without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 20, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Jason Cornelius Zimmerman, *pro se*